# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS*
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH *▲†
MATTHEW E. HEARLE

J. TED DONOVAN
DORAN I. GOLUBTCHIK
ARTHUR A. HIRSCHLER
ROBERT S. POWERS
STEPHEN BORDANARO
LISA C. NASIAK*
AUBREY E. RICCARDI*
GERALD BUKARY
RANDI K. STEMPLER†
DOROTHY A. GALVIN†
DOV BRANDSTATTER
MATTHEW J. LAMBERT
SERGIO J. TUERO*
JENNIFER J. KIM
CHRISTOPHER R. CLARKE
MICHAEL R. PETITPAS
J.T. HUTCHENS
ANNYROSE PAHL

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

MARK E. KAUFMAN
DAVID GALANTER
LEWIS KUPER
BENJAMIN C. KIRSCHENBAUM
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

* ALSO MEMBER OF NEW JERSEY BAR
▲ ALSO MEMBER OF TEXAS BAR
† ALSO MEMBER OF MASSACHUSETTS BAR

*Direct Phone Line: (212) 301-6945*
*Facsimile No. : (212) 422-6836*
*AHirschler@gwfglaw.com*

July 2, 2010

Via E-Filing

Judge Kiyo A. Matsumoto
United States District Court
Eastern District Court
225 Cadman Plaza East
Brooklyn, New York

   Re: Trustees of Local 813, et al. v. Joro Carting, Inc.
     Docket No. 07 CV 04710

Honorable Judge Matsumoto:

  A settlement agreement was prepared by defendant's counsel that contained a general release. The Plaintiff is willing to sign a general release for the period covered in the action, which was an audit from 2003 – 2005. However, the Defendant is insisting that the general release cover 2003 to the present. I cannot in good conscience sign such a settlement. The Funds have a right to conduct an audit for the years 2006 forward if they so desire. I believe the defendant is being unreasonable, especially since we are dealing with Trust Funds monitored by the Department of Labor.

  Based upon the foregoing I would appreciate if your Honor would schedule a conference call to help in finally resolving this matter.

  Thank you for your consideration.

       Respectfully submitted,

       Arthur A. Hirschler (5344)

AAH/ah
James R. Anderson, Esq.
(via e-mail @Janderson@sbjlaw.com