# SMITH, BUSS & JACOBS, LLP
Attorneys at Law

JEFFREY D. BUSS
KENNETH R. JACOBS
JACK MALLEY
ANTHONY T. SIMARI
THOMAS W. SMITH
DOMENICK J. TAMMARO

ANDRE S. HAYNES
EMANUELA LUPU
PETER A. NENADICH, JR.
MATTHEW J. SMITH
MARYAM C. TOOSIE

OF COUNSEL:
JAMES R. ANDERSON
GERALD KAHN

733 YONKERS AVE.
YONKERS, NY 10704
(914) 476-0600
FAX (914) 457-0040

60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10017
(212) 688-2400
FAX (212) 688-3058

45-62 162RD ST.
FLUSHING, NY 11358
(718) 445-7500
FAX (718) 445-7504

Writer's Direct Line: (914) 457-4166
Email: janderson@sbjlaw.com

July 6, 2010

Hon. Kiyo A. Matsumoto, U.S.D.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Trustees of Local 813 v. Joro Carting, Inc.*, Case No. 07 CV 04710 (EDNY)

Dear Judge Matsumoto:

We represent defendant. I write in response to plaintiffs' counsel's letter dated July 2, 2010 in which he states that he cannot "in good conscience" complete the parties' settlement. I can't speak for plaintiffs' counsel's conscience, but the issue here seems simple: His clients appear to have decided over the last six weeks that they would prefer not to provide the general release that they agreed to provide in May 2010. Attached hereto is the parties' May 17, 2010 correspondence that confirmed the terms of the parties' agreement. (I have redacted the consideration to be paid to plaintiffs.) Plaintiffs' counsel objected to those terms for the first time on July 2, 2010, when I provided him with a draft settlement agreement.

Although we cannot compel plaintiffs to honor their agreement, it is not unreasonable of defendant to expect plaintiffs to do so. Moreover, we agreed to settle this case to bring to an end defendant's relationship with Local 813. I am available for a telephone conference, but our client's position is firm, and rightfully so.

Respectfully submitted,

James R. Anderson (JA-2568)

**BY E-FILE**

cc: Arthur A. Hirschler, Esq., (AH-5344)

# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN•
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS•
ROBERT W. LO SCHIAVO•
ELIZABETH SMITH •▲†
MATTHEW E. HEARLE

J. TED DONOVAN
DORAN I. GOLUBTCHIK
ARTHUR A. HIRSCHLER
ROBERT S. POWERS
STEPHEN BORDANARO
LISA C. NASIAK•
AUBREY E. RICCARDI•
GERALD BUKARY
RANDI K. STEMPLER†
DOROTHY A. GALVIN†
DOV BRANDSTATTER
MATTHEW J. LAMBERT
SERGIO J. TUERO•
JENNIFER J. KIM
CHRISTOPHER R. CLARKE
MICHAEL R. PETITPAS
J.T. HUTCHENS
ANNYROSE PAHL

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

MARK E. KAUFMAN
DAVID GALANTER
LEWIS KUPER
BENJAMIN C. KIRSCHENBAUM
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

• ALSO MEMBER OF NEW JERSEY BAR
▲ ALSO MEMBER OF TEXAS BAR
† ALSO MEMBER OF MASSACHUSETTS BAR

*Direct Phone Line: (212) 301-6945*
*Facsimile No. : (212) 422-6836*
*AHirschler@gwfglaw.com*

May 17, 2010

Via e-mail: janderson@sbjlaw.com
James R. Anderson, Esq.
Smith, Buss & Jacobs, LLP
733 Yonkers Avenue
Yonkers, NY 10704

Re: Local 813. v. Joro Carting
Docket No. 07 CV 04710

Dear Mr. Anderson:

This letter will confirm our settlement agreement wherein your client agreed to pay the sum of ▮▮▮▮▮ in full and complete settlement of the audit conducted from January 1, 2003 through December 31, 2005. As agreed your client will remit ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Upon receipt of the full amount I will send you a release for the audit. Also, we must file a stipulation of discontinuance by June 14, 2010 pursuant to Judge Go's order.

Please contact me if you have any questions or if you disagree with the above.

Very truly yours,

Arthur A. Hirschler

AAH:ah
cc: Gil Hodes

# SMITH, BUSS & JACOBS, LLP
ATTORNEYS AT LAW
733 YONKERS AVE.
YONKERS, NY 10704
(914) 476-0600
(914) 457-0040 (F)

JEFFREY D. BUSS
KENNETH R. JACOBS
JACK MALLEY
ANTHONY T. SIMARI
THOMAS W. SMITH
DOMENICK J. TAMMARO

EMANUELA LUPU
PETER A. NENADICH, JR.
MATTHEW J. SMITH
MARYAM C. TOOSIE
YAEL WEPMAN

OF COUNSEL:
JAMES R. ANDERSON
GERALD KAHN

500 FIFTH AVE., SUITE 1540
NEW YORK, NY 10110
(212) 688-2400
(212) 688-3058 (F)

45-62 162RD ST.
FLUSHING, NY 11358
(718) 445-7500
(718) 445-7504 (F)

May 17, 2010

Writer's Direct Line: (914) 457-4166
Email: janderson@sbjlaw.com

Arthur A. Hirschler, Esq.
Finkel Goldstein Rosenbloom & Nash, LLP
26 Broadway, Suite 711
New York, NY 10004

Re: *Local 813 IBT v Joro Carting Inc*, 07 CV 4710 (EDNY)

Dear Mr. Hirschler:

I have your letter dated today. You have correctly set forth the terms of our agreement, except that Local 813 is to provide a general release of Joro Carting, Inc. for the 2003-2005 and subsequent CBAs.

Very truly yours,

James R. Anderson

By Fax to (212) 422-6836