UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF LOCAL 813 I.B.T.
INSURANCE TRUST FUND, THE LOCAL 813
I.B.T. PENSION TRUST FUND AND THE
LOCAL 813 AND LOCAL 1034 SEVERANCE
TRUST FUND,

                   Plaintiffs,

-against-

JORO CARTING, INC.,

                   Defendant.
-----------------------------------------------------------X

Case No. 07 CV 4710

(KAM)
(JMA)

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by the attorneys for the above referenced parties that the above entitled action be and the same is, hereby discontinued with prejudice and without costs as to either party as against the other.

Dated: New York, New York
        July 8, 2010

_____
ARTHUR A. HIRSCHLER (AAH-5344)
Attorneys for Plaintiffs
GOLDBERG WEPRIN
FINKEL GOLDSTEIN, LLP
1501 Broadway – 22nd Fl.
New York, NY 10036
(212) 221-5700

_____
JAMES R. ANDERSON, (JA-2568)
Attorney for Defendant
SMITH BUSS & JACOBS LLP
733 Yonkers Avenue
Yonkers, NY 10704
(914) 476-0600